# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DWAYNE BAILEY,<br><br>               Petitioner,<br><br>    v.<br><br>CDCR,<br><br>               Respondent. | Case No.: 1:21-cv-00696-JLT (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Doc. 2) |

On April 28, 2021, petitioner filed an application to proceed in forma pauperis. (Doc. 2.) However, the petitioner submitted the filing fee on April 28, 2021. Therefore, petitioner's application to proceed in forma pauperis is moot and hereby DISREGARDED.

IT IS SO ORDERED.

    Dated:   **April 29, 2021**          _____ **/s/ Jennifer L. Thurston**
                                                               CHIEF UNITED STATES MAGISTRATE JUDGE